**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7049

LEROY SCOTT, JR.,

Petitioner - Appellant,

versus

KEVIN WENDT, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (CA-04-110-1-FPS)

Submitted:  October 18, 2005          Decided:  October 25, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy Scott, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Scott, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scott v. Wendt, No. CA-04-110-1-FPS (N.D.W. Va. filed June 15, 2005 & entered June 17, 2005); see also Yi v. Federal Bureau of Prisons, 412 F.3d 526, 534 (4th Cir. 2005) (upholding Bureau of Prisons' method of calculating good time credits as a reasonable interpretation of 18 U.S.C. § 3624(b)(1) (2000), and therefore entitled to deference). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED